## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **Leonardo Crespo** | : | |
| **5576 Burnside Drive, Apt. 3** | : | |
| **Rockville, MD 20853** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | **CASE NO.:** |
| **WMATA** | : | |
| **600 5ᵗʰ Street, N.W.** | : | |
| **Washington, D.C. 20001** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

### NOTICE OF REMOVAL BY DEFENDANT
### WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY("WMATA")

To the Judges of the United States District Court for the District of Maryland:

1. On or about March 26, 2019, Plaintiff filed this action against WMATA, in the Circuit Court of Maryland for Montgomery County, in the case titled Leonardo Crespo v. WMATA, No. 464949 V.

2. Defendant WMATA was formally served in this action on May 24, 2019.

3. The Complaint, summons and scheduling order are attached as Exhibit A. These documents constitute the only process, pleadings, or orders received by the Defendant in this case.

4. This is a civil action over which this Court has original jurisdiction, pursuant to MD. CODE ANN., Transportation Article, §10-204(81), which specifically grants original jurisdiction over suits against WMATA to the United States District Court.

5. WMATA is the only defendant in this case.

1

WHEREFORE, Defendant WMATA requests that the entire above-referenced action now

pending in the Circuit Court of Maryland for Montgomery County be removed to this Court.

Respectfully submitted,

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY

Brendan H. Chandonnet #18087
Associate Counsel
WMATA-COUN
600 Fifth Street, N.W.
Washington, D.C.   20001
(202) 962-2805
e-mail:  bchandonnet@wmata.com

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Removal was mailed, postage

prepaid, this 21st day of June, 2018 on:

Craig Meyers
481 North Frederick Avenue, 3rd Floor
Gaithersburg, MD 20877
Attorney for Plaintiff

Brendan H. Chandonnet

3