# EXHIBIT A

IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND.

| | |
|---|---|
| **LEOPOLDO CRESPO**<br>5576 Burnside Drive, Apt. 3<br>Rockville, Maryland 20853<br><br>        Plaintiff,<br><br>v.<br><br>**WASHINGTON METRO AREA<br>TRANSIT AUTHORITY**<br>600 5TH Street, N.W.<br>Washington, D.C. 20001<br><br>    Serve on:<br>    Patricia Lee, Esq.<br>    General Counsel<br>    Washington Metro Area<br>    Transit Authority<br>    600 5TH Street, N.W.<br>    Washington, D.C. 20001<br><br>        Defendant. | Case No.: V464969<br><br>**RECEIVED**<br><br>MAR 26 2019<br><br>Clerk of the Circuit Court<br>Montgomery County, Md. |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT

NOW COMES the Plaintiff, Leopoldo Crespo, by and through his attorneys, Craig I. Meyers and Berman, Sobin, Gross, Feldman & Darby LLP, and sues the Defendant, Washington Metro Area Transit Authority, and for a cause of action states:

1. The Plaintiff, Leopoldo Crespo, is an adult resident of Montgomery County, Maryland.

2. The Defendant, Washington Metro Area Transit Authority (WMATA), is a tri-jurisdictional agency providing public transportation and doing business in Montgomery County, Maryland.

3. All acts and omissions relevant hereto occurred in Montgomery County, Maryland.

4. Montgomery County is the proper venue for this action.

5. On or about April 2, 2016, Plaintiff Leopoldo Crespo was operating a motor vehicle in a westbound through lane on Randolph Road, near its intersection with Georgia Avenue, in Silver Spring, Maryland.

6. At the same time and place, a WMATA employee, acting within the course and scope of her employment and agency, was operating a WMATA owned vehicle westbound on Randolph Road, in a designated left turn lane adjacent to the Plaintiff's lane.

7. As the Plaintiff travelled straight in his lane, suddenly and without warning, WMATA's driver negligently travelled straight through the turn lane, entered the Plaintiff's lane of travel, taking his right of way, and striking the Plaintiff's vehicle.

8. The WMATA driver owed the following duties to the Plaintiff: to pay proper time and attention; to see that which was there to be seen; to travel within her lane; to make safe lane changes; to obey lane markings; to only turn from a turn lane; to avoid striking other vehicles; and to obey the Rules of the Road and the laws of the State of Maryland.

9. The WMATA driver was negligent in that she breach each of the above duties when she acted as described above.

10. As a direct and proximate result of the WMATA driver's negligence and WMATA's vicarious negligence, the Plaintiff has suffered and will continue to suffer extreme pain and mental anguish; he has incurred and will continue to incur in the future, large medical and related bills; his ability to perform activities of daily living, recreational activities, and his

ability to play the piano have been severely affected and reduced; he has lost and will continue to lose wages and wage earning capacity; and the Plaintiff has suffered a permanent injury.

11. WMATA is vicariously liable for the negligence of its driver who was acting in the course of her agency and employment.

12. The above occurred without any negligence on the part of the Plaintiff or with the ability for him to avoid the injury.

WHEREFORE, the Plaintiff, Leopoldo Crespo, demands judgment against the Defendant, Washington Metro Area Transit Authority, in an amount in excess of seventy five thousand dollars ($75,000.00) plus interest and the costs of this action.

Respectfully Submitted,

BERMAN, SOBIN, GROSS,
FELDMAN & DARBY LLP

_____
Craig I. Meyers, Esq.
Client Protection Fund No.: 0506140216
481 North Frederick Avenue, 3rd floor
Gaithersburg, Maryland 20877
Attorney for the Plaintiff
cmeyers@bsgfdlaw.com
301-670-7030

IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND.

| | | |
|---|---|---|
| LEOPOLDO CRESPO<br>5576 Burnside Drive, Apt. 3<br>Rockville, Maryland 20853 | * | |
| Plaintiff, | * | Case No.: _____ |
| v. | * | |
| WASHINGTON METRO AREA<br>TRANSIT AUTHORITY<br>600 5TH Street, N.W.<br>Washington, D.C. 20001 | * | |
| Serve on:<br>Patricia Lee, Esq.<br>General Counsel<br>Washington Metro Area<br>Transit Authority<br>600 5TH Street, N.W.<br>Washington, D.C. 20001 | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JURY DEMAND

NOW COMES the Plaintiff, Leopoldo Crespo, by and through his attorneys, Craig I. Meyers and Berman, Sobin, Gross, Feldman & Darby LLP, and demands a trial by jury on all issues and Counts.

Respectfully Submitted,

BERMAN, SOBIN, GROSS,
FELDMAN & DARBY LLP

_____
Craig I. Meyers, Esq.
Client Protection Fund No.: 0506140216
481 North Frederick Avenue, 3rd floor
Gaithersburg, Maryland 20877
Attorney for the Plaintiff
cmeyers@bsgfdlaw.com
301-670-7030

**RECEIVED MAR 26 2019**
Clerk of the Circuit Court
Montgomery County, Md.

IN THE CIRCUIT COURT FOR Montgomery County
(City or County)

## CIVIL – NON-DOMESTIC CASE INFORMATION REPORT

### DIRECTIONS

*Plaintiff*: This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a).

*Defendant*: You must file an Information Report as required by Rule 2-323(h).

**THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING**

**FORM FILED BY:** ☒ PLAINTIFF ☐ DEFENDANT   **CASE NUMBER** _____ (Clerk to insert)

**CASE NAME:** Leopoldo Crespo  vs.  Washington Metro Area Transit Authority
                        Plaintiff                                     Defendant

**PARTY'S NAME:** Leopoldo Crespo   **PHONE:** _____

**PARTY'S ADDRESS:** 5576 Burnside Drive, Apt. 3, Rockville, MD 20853

**PARTY'S E-MAIL:** _____

If represented by an attorney:
**PARTY'S ATTORNEY'S NAME:** Craig I. Meyers   **PHONE:** 301-670-7030
**PARTY'S ATTORNEY'S ADDRESS:** 481 N. Frederick Ave., 3rd Floor, Gaithersburg, MD 200877
**PARTY'S ATTORNEY'S E-MAIL:** cmeyers@bsgfdlaw.com

**JURY DEMAND?** ☒ Yes ☐ No
**RELATED CASE PENDING?** ☐ Yes ☒ No  If yes, Case #(s), if known: _____
**ANTICIPATED LENGTH OF TRIAL?:** ___ hours  2 days

### PLEADING TYPE

**New Case:** ☒ Original  ☐ Administrative Appeal  ☐ Appeal
**Existing Case:** ☐ Post-Judgment  ☐ Amendment

*If filing in an existing case*, skip Case Category/Subcategory section - go to Relief section.

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY (Check one box.)

**TORTS**
- ☐ Asbestos
- ☐ Assault and Battery
- ☐ Business and Commercial
- ☐ Conspiracy
- ☐ Conversion
- ☐ Defamation
- ☐ False Arrest/Imprisonment
- ☐ Fraud
- ☐ Lead Paint - DOB of Youngest Plt: ___
- ☐ Loss of Consortium
- ☐ Malicious Prosecution
- ☐ Malpractice-Medical
- ☐ Malpractice-Professional
- ☐ Misrepresentation
- ☒ Motor Tort
- ☐ Negligence
- ☐ Nuisance
- ☐ Premises Liability
- ☐ Product Liability
- ☐ Specific Performance
- ☐ Toxic Tort
- ☐ Trespass
- ☐ Wrongful Death

**CONTRACT**
- ☐ Asbestos
- ☐ Breach
- ☐ Business and Commercial
- ☐ Confessed Judgment (Cont'd)
- ☐ Construction
- ☐ Debt
- ☐ Fraud

- ☐ Government
- ☐ Insurance
- ☐ Product Liability

**PROPERTY**
- ☐ Adverse Possession
- ☐ Breach of Lease
- ☐ Detinue
- ☐ Distress/Distrain
- ☐ Ejectment
- ☐ Forcible Entry/Detainer
- ☐ Foreclosure
  - ☐ Commercial
  - ☐ Residential
  - ☐ Currency or Vehicle
  - ☐ Deed of Trust
  - ☐ Land Installments
  - ☐ Lien
  - ☐ Mortgage
  - ☐ Right of Redemption
  - ☐ Statement Condo
- ☐ Forfeiture of Property / Personal Item
- ☐ Fraudulent Conveyance
- ☐ Landlord-Tenant
- ☐ Lis Pendens
- ☐ Mechanic's Lien
- ☐ Ownership
- ☐ Partition/Sale in Lieu
- ☐ Quiet Title
- ☐ Rent Escrow
- ☐ Return of Seized Property
- ☐ Right of Redemption
- ☐ Tenant Holding Over

**PUBLIC LAW**
- ☐ Attorney Grievance
- ☐ Bond Forfeiture Remission
- ☐ Civil Rights
- ☐ County/Mncpl Code/Ord
- ☐ Election Law
- ☐ Eminent Domain/Condemn.
- ☐ Environment
- ☐ Error Coram Nobis
- ☐ Habeas Corpus
- ☐ Mandamus
- ☐ Prisoner Rights
- ☐ Public Info. Act Records
- ☐ Quarantine/Isolation
- ☐ Writ of Certiorari

**EMPLOYMENT**
- ☐ ADA
- ☐ Conspiracy
- ☐ EEO/HR
- ☐ FLSA
- ☐ FMLA
- ☐ Workers' Compensation
- ☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
- ☐ Assumption of Jurisdiction
- ☐ Authorized Sale
- ☐ Attorney Appointment
- ☐ Body Attachment Issuance
- ☐ Commission Issuance

- ☐ Constructive Trust
- ☐ Contempt
- ☐ Deposition Notice
- ☐ Dist Ct Mtn Appeal
- ☐ Financial
- ☐ Grand Jury/Petit Jury
- ☐ Miscellaneous
- ☐ Perpetuate Testimony/Evidence
- ☐ Prod. of Documents Req.
- ☐ Receivership
- ☐ Sentence Transfer
- ☐ Set Aside Deed
- ☐ Special Adm. - Atty
- ☐ Subpoena Issue/Quash
- ☐ Trust Established
- ☐ Trustee Substitution/Removal
- ☐ Witness Appearance-Compel

**PEACE ORDER**
- ☐ Peace Order

**EQUITY**
- ☐ Declaratory Judgment
- ☐ Equitable Relief
- ☐ Injunctive Relief
- ☐ Mandamus

**OTHER**
- ☐ Accounting
- ☐ Friendly Suit
- ☐ Grantor in Possession
- ☐ Maryland Insurance Administration
- ☐ Miscellaneous
- ☐ Specific Transaction
- ☐ Structured Settlements

CC-DCM-002 (Rev. 04/2017)             Page 1 of 3

### IF NEW OR EXISTING CASE: RELIEF (Check All that Apply)

- ☐ Abatement
- ☐ Administrative Action
- ☐ Appointment of Receiver
- ☐ Arbitration
- ☐ Asset Determination
- ☐ Attachment b/f Judgment
- ☐ Cease & Desist Order
- ☐ Condemn Bldg
- ☐ Contempt
- ☒ Court Costs/Fees
- ☒ Damages-Compensatory
- ☐ Damages-Punitive
- ☐ Earnings Withholding
- ☐ Enrollment
- ☐ Expungement
- ☐ Findings of Fact
- ☐ Foreclosure
- ☐ Injunction
- ☐ Judgment-Affidavit
- ☐ Judgment-Attorney Fees
- ☐ Judgment-Confessed
- ☐ Judgment-Consent
- ☐ Judgment-Declaratory
- ☐ Judgment-Default
- ☐ Judgment-Interest
- ☐ Judgment-Summary
- ☒ Liability
- ☐ Oral Examination
- ☐ Order
- ☐ Ownership of Property
- ☐ Partition of Property
- ☐ Peace Order
- ☐ Possession
- ☐ Production of Records
- ☐ Quarantine/Isolation Order
- ☐ Reinstatement of Employment
- ☐ Return of Property
- ☐ Sale of Property
- ☐ Specific Performance
- ☐ Writ-Error Coram Nobis
- ☐ Writ-Execution
- ☐ Writ-Garnish Property
- ☐ Writ-Garnish Wages
- ☐ Writ-Habeas Corpus
- ☐ Writ-Mandamus
- ☐ Writ-Possession

*If you indicated Liability above*, mark one of the following. This information is **not** an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.   ☒ Liability is not conceded, but is not seriously in dispute.   ☐ Liability is seriously in dispute.

### MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs)

☐ Under $10,000   ☒ $10,000 - $30,000   ☐ $30,000 - $100,000   ☐ Over $100,000

☐ Medical Bills $_____   ☐ Wage Loss $_____   ☐ Property Damages $_____

### ALTERNATIVE DISPUTE RESOLUTION INFORMATION

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)

A. Mediation   ☒ Yes   ☐ No         C. Settlement Conference   ☒ Yes   ☐ No
B. Arbitration  ☐ Yes   ☒ No         D. Neutral Evaluation      ☐ Yes   ☒ No

### SPECIAL REQUIREMENTS

☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049**

### ESTIMATED LENGTH OF TRIAL

With the exception of Baltimore County and Baltimore City, please fill in the estimated **LENGTH OF TRIAL**.   *(Case will be tracked accordingly)*

☐ 1/2 day of trial or less          ☐ 3 days of trial time
☐ 1 day of trial time               ☐ More than 3 days of trial time
☒ 2 days of trial time

### BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM

*For all jurisdictions, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☐ **Expedited** - Trial within 7 months of Defendant's response          ☐ **Standard** - Trial within 18 months of Defendant's response

### EMERGENCY RELIEF REQUESTED

## COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR)

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

☐ **Expedited** - Trial within 7 months of Defendant's response

☐ **Standard** - Trial within 18 months of Defendant's response

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

### CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | | |
|---|---|---|
| ☐ | Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ | Civil-Short | Trial 210 days from first answer. |
| ☐ | Civil-Standard | Trial 360 days from first answer. |
| ☐ | Custom | Scheduling order entered by individual judge. |
| ☐ | Asbestos | Special scheduling order. |
| ☐ | Lead Paint | Fill in: Birth Date of youngest plaintiff_____. |
| ☐ | Tax Sale Foreclosures | Special scheduling order. |
| ☐ | Mortgage Foreclosures | No scheduling order. |

### CIRCUIT COURT FOR BALTIMORE COUNTY

| | | |
|---|---|---|
| ☐ | Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☐ | Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ | Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ | Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

March 26, 2019
Date

481 N. Frederick Ave. 3rd Floor
Address

Gaithersburg   MD   20877
City   State   Zip Code

Signature of Counsel / Party

Craig I. Meyers
Printed Name

CC-DCM-002 (Rev. 04/2017)   Page 3 of 3

IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

## WRIT OF SUMMONS
(248)

Rec'd 5.24.19 LF
via Cert. Mail

Case No: **464949-V**

TO:
**WASHINGTON METRO AREA TRANSIT AUTHORITY**
**600 5TH STREET NW**
**WASHINGTON DC 20001**

(Service Address)
PATRICIA LEE, ESQ
WASHINGTON METRO AREA TRANSIT AUTHORITY
600 5TH STREET, N.W.
WASHINGTON, D.C. 20001

You are hereby summoned to file a written response by pleading or motion in this court to the attached complaint filed by:

**LEOPOLDO CRESPO**

within **60** days after service of this summons upon you.

Witness, the Honorable Chief Judge of the Sixth Judicial Circuit of Maryland.

TO THE PERSON SUMMONED:

1. Failure to respond within the time allowed may result in a default judgment or the granting of the relief sought against you.
2. If you have been served with a Scheduling Order, your appearance is required pursuant to the Scheduling Order, regardless of the date your response is due.
3. If you have questions, you should see an attorney immediately. If you need help finding an attorney, you may contact the Bar Association of Montgomery County's Lawyer Referral Service online at www.barmont.org or by calling (301) 279-9100.

Date Issued: **03/28/2019**



Barbara H. Meiklejohn
CLERK of the Circuit Court
Montgomery County, Maryland
50 Maryland Avenue
Rockville, MD 20850-2393

NOTE:
1. This summons is effective for service only if served within 60 days after the date it is issued.
2. Proof of service shall set out the name of the person served, the date, and the particular place and manner of service. If service is not made, please state the reason(s).
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).

## RETURN

[ ] Served _____ on _____ at _____
         (Whom)                        (Date)          (City/State/Country)
[ ] Summons and [ ] Show Cause Order and [ ] Complaint/Petition/Motion Served
[ ] Unserved _____ _____
           (Date)              (Reason)

_____  [ ] Sheriff
(Signature)

SUM1KRF 20150219                                                      SUM1KRF 03/28/2019 10:02:31

IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

## WRIT OF SUMMONS
(248)

Case No: **464949-V**

TO:
**WASHINGTON METRO AREA TRANSIT AUTHORITY**
**600 5TH STREET NW**
**WASHINGTON DC 20001**

(Service Address)
PATRICIA LEE, ESQ
WASHINGTON METRO AREA TRANSIT AUTHORITY
600 5TH STREET, N.W.
WASHINGTON, D.C. 20001

You are hereby summoned to file a written response by pleading or motion in this court to the attached complaint filed by:

**LEOPOLDO CRESPO**

within **60** days after service of this summons upon you.

Witness, the Honorable Chief Judge of the Sixth Judicial Circuit of Maryland.

TO THE PERSON SUMMONED:

1. Failure to respond within the time allowed may result in a default judgment or the granting of the relief sought against you.
2. If you have been served with a Scheduling Order, your appearance is required pursuant to the Scheduling Order, regardless of the date your response is due.
3. If you have questions, you should see an attorney immediately. If you need help finding an attorney, you may contact the Bar Association of Montgomery County's Lawyer Referral Service online at www.barmont.org or by calling (301) 279-9100.

Date Issued: **03/28/2019**



Barbara H. Meiklejohn
CLERK of the Circuit Court
Montgomery County, Maryland
50 Maryland Avenue
Rockville, MD 20850-2393

NOTE:

1. This summons is effective for service only if served within 60 days after the date it is issued.
2. Proof of service shall set out the name of the person served, the date, and the particular place and manner of service. If service is not made, please state the reason(s).
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).

RETURN

[ ] Served _____ on _____ at _____
        (Whom)                              (Date)          (City/State/Country)
[ ] Summons and [ ] Show Cause Order and [ ] Complaint/Petition/Motion Served
[ ] Unserved _____ _____
              (Date)          (Reason)

_____  [ ] Sheriff
(Signature)

SUM1KRF 20150219                                                    SUM1KRF 03/28/2019 10:02:31



## Barbara H. Meiklejohn
### Clerk of the Circuit Court for Montgomery County, Maryland
50 Maryland Avenue
Rockville, Maryland 20850-2397

March 28, 2019

RE:   Notice of New Case Number for
      LEOPOLDO CRESPO vs WASHINGTON METRO AREA TRANSIT AUTHORITY
      Reference Case#:
      Case Type: AUTO NEG - PERSONAL INJURY
                              (836)

Dear Sir/Madam:

Please be advised that the above referenced case was received on March 26, 2019, in the office of the Clerk for Montgomery County. This matter has been assigned case number **464949-V**.   Please include this case number on all future papers to be filed in this case.

Sincerely,

_____
Clerk of the Circuit Court
for Montgomery County,
Maryland

WASHINGTON METRO AREA TRANSIT AUTHORITY
600 5TH STREET NW
WASHINGTON DC 20001

IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

**LEOPOLDO CRESPO**
   Plaintiff

v.

**WASHINGTON METRO AREA TRANSIT AUTHORITY**
   Defendant

Case No. **464949-V**
COMPLAINT FILED ON: 03/26/2019

### Scheduling Order - Track 3
(738)

THIS ORDER IS YOUR OFFICIAL NOTICE OF CASE DEADLINES AND HEARINGS REQUIRING APPEARANCES. FAILURE TO APPEAR AT HEARINGS OR COMPLY WITH ALL REQUIREMENTS MAY RESULT IN DISMISSAL, DEFAULT JUDGMENT, EXCLUSION OF WITNESSES AND/OR EXHIBITS, ASSESSMENTS OF COSTS AND EXPENSES, INCLUDING ATTORNEY FEES, OR OTHER SANCTIONS.

**EVENT:** [ATTENDANCE REQUIRED AT EVENTS]     **DEADLINE:**

| Event | Deadline |
|---|---|
| DEADLINE: PLT EXPERTS IDENTIFIED | 06/24/2019 |
| DEADLINE: MOTION FOR ALTERNATIVE SERVICE FILED | 07/22/2019 |
| DEADLINE: DEF EXPERTS IDENTIFIED | 08/21/2019 |
| DEADLINE: ALL WRITTEN DISCOVERY SERVED BY | 10/21/2019 |
| DEADLINE: DISCOVERY COMPLETED | 12/04/2019 |
| DEADLINE: ADD'L PARTIES JOINDER | 12/16/2019 |

**MEETING OF ALL COUNSEL, 12/19/2019 Time and place to be determined PLUS DEADLINES:**

| Event | Deadline |
|---|---|
| DEADLINE: DISPOSITIVE MOTIONS FILED | 12/19/2019 |
| DEADLINE: RULE 2-504.3(B) NOTICE | 12/19/2019 |
| DEADLINE: ADR DEADLINE | 12/30/2019 |
| DEADLINE: JOINT PRETRIAL STATEMENT FILED | 12/23/2019 |

**SETTLEMENT CONFERENCE/PRETRIAL HEARING, 01/09/2020 01:30 PM ATTENDANCE REQUIRED**

*DEADLINE: PLEADING AMENDMENT TO BE DETERMINED AT PRETRIAL.*

**TRIAL COUNSEL SHALL APPEAR** AT THE SETTLEMENT CONFERENCE/PRETRIAL HEARING, ACCOMPANIED BY THE PARTIES AND THE INDIVIDUAL(S) WITH AUTHORITY TO SETTLE THE CASE. **MOTIONS** FILED IN TRACK 3 ACTIONS SHALL NOT EXCEED 15 PAGES INCLUDING ANY MEMORANDUM OF LAW AND OPPOSITION/REPLY MOTIONS SHALL NOT EXCEED 10 PAGES WITHOUT LEAVE OF THE COURT. IDENTIFICATION OF ADDITIONAL PARTIES AND AMENDMENT OF PLEADINGS GOVERNED BY RULES 2-211, 2-331, 2-332 AND 2-341.

AFTER THE SETTLEMENT CONFERENCE, IF NEEDED, THE **TRIAL DATE** SHALL BE SET AT THE PRETRIAL HEARING BETWEEN THE DATES NOTED BELOW. COUNSEL ARE ENCOURAGED TO CLEAR DATES WITH ONE ANOTHER AND THE ASSIGNMENT OFFICE PRIOR TO THE CASE BEING CALLED. **[TRIAL DATE BETWEEN: 02/05/2020 AND 05/15/2020.]**

ANY MODIFICATIONS OF THIS SCHEDULING ORDER MUST BE REQUESTED BY WRITTEN MOTION FILED IN ADVANCE OF THE DEADLINES OR HEARING DATES SOUGHT TO BE MODIFIED, PROVIDING GOOD CAUSE TO JUSTIFY ANY MODIFICATION THEREOF.

Possession and use of cell phones, computers, other electronic devices, and cameras may be limited or prohibited in designated areas of the court facility. The use of any camera, cell phone, or any electronic device for taking, recording, or transmitting photographs, videos, or other visual images is prohibited in the court facility at all times, unless the court expressly grants permission in a specific instance.

*Robert A. Greenberg*
Robert A. Greenberg
Circuit Administrative Judge

WASHINGTON METRO AREA TRANSIT AUTHORITY
600 5TH STREET NW
WASHINGTON DC 20001

IF TRACK INFORMATION DOES NOT CORRESPOND TO ASSIGNED TRACK, COUNSEL FOR THE DEFENDANT SHALL NOTIFY THE DCM COORDINATOR AT (240) 777-9358.
**QUESTIONS?** Please see the Court's GUIDE TO DCM ORDERS and www.montgomerycountymd.gov/circuitcourtDCM.

## IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

**LEOPOLDO CRESPO**
    Plaintiff

v.

**WASHINGTON METRO AREA TRANSIT AUTHORITY**
    Defendant

: Case No. 464949-V
: Settlement Conference/
: Pretrial: **01/09/2020** time **1:30 PM**

### ORDER FOR MANDATORY SETTLEMENT CONFERENCE/PRETRIAL HEARING - TRACK 3
(179)
**COMPLAINT FILED ON 03/26/2019**

In accordance with Maryland Rules of Procedure, Rule 2-504, and in order to administer the trial of cases in a manner consistent with the ends of justice, in the shortest possible time and at the least possible cost to the Court and to litigants, it is this **28th day of March, 2019,** by the Circuit Court for Montgomery County, Maryland,

**ORDERED,** that parties, representatives with authority to settle a case, and trial counsel shall appear in court for a Settlement Conference and a subsequent Pretrial Hearing on the date set forth above. No further notice will be given of this date. Unrepresented parties and/or trial counsel shall meet at least two weeks prior to the hearing date to prepare a written joint pre-trial statement and endeavor to settle the case. If the parties cannot agree to the meeting place or date, it shall be two weeks before the hearing date at 9:00 a.m. in the lobby of the Court House. The joint pre-trial statement shall be signed by all parties and their attorneys and shall be filed with the court at least seventeen days before the Settlement/Pretrial Hearing and shall contain the following:

1. Nature of the Case: A brief, non-argumentative statement suitable for reading to a jury.
2. Claims and/or Defenses: Each party to set forth a concise statement of all claims and defenses which that party is submitting for trial.
3. Undisputed Issues and Facts: List all issues not in dispute and set forth stipulated facts.
4. Disputed Issues: List each disputed issue and the principal contentions of all parties respecting each.
5. Relief Sought: Specify nature and amount of each item of damage claimed or description of equitable relief sought by each party.
6. Citations: List any cases or statutes which need to be called to the Court's attention.
7. Pending Motions: List title, movant, and filing date of pending motions.
8. Witnesses: Name, address and telephone number of each person who may be called to testify. As to experts, list matters about which each expert will testify. No party may call at trial any witness omitted from that party's pre-trial statement, except for impeachment or rebuttal purposes.
9. Exhibits: Attach a listing of the exhibits to be offered in evidence by each party at the trial, other than those expected to be used solely for impeachment, indicating which exhibits the parties agree may be offered in evidence without the usual authentication. Complete list of exhibits identifying by exhibit number each document that may be offered at trial. (Stickers to be attached to each exhibit are available in Clerk's office.) Any objections to another party's exhibits should be stated.

WASHINGTON METRO AREA TRANSIT AUTHORITY
600 5TH STREET NW
WASHINGTON DC 20001

10. Deposition Testimony: Designation by page and line of deposition testimony to be offered as substantive evidence, not impeachment.

11. Pleadings and Discovery Responses: Designation by page and paragraph of any pleading or discovery response to be offered as substantive evidence, not impeachment.

12. Demonstrative or Physical Evidence: Describe any items of non-testimonial, non-documentary evidence -- models, samples, objects, etc. -- to be utilized at trial.

13. Videotapes: Identify any videotapes to be shown to the jury and authority for doing so.

14. Requested Jury Selection Questions: Identify those agreed upon and include any objections made by either side.

15. Pattern Jury Instructions: Identify those agreed upon and those not agreed upon. Designate the source of the instruction.

16. Non-Pattern Jury Instructions: Supply complete text of each instruction, with authorities, on a separate page.

17. Verdict Sheet (if requested): Text of verdict sheet, including any special interrogatories, to be submitted to the jury.

18. Settlement: Minimum demand; Maximum offer.

19. Estimated Length of Trial: _#_ days;

and it is further

**ORDERED,** that counsel and unrepresented parties shall file the Joint Pretrial Statement no later than seventeen days (**DEADLINE:** 12/23/2019) before the Mandatory Settlement Conference and Pretrial Hearing; and it is further,

**ORDERED,** that in cases that have not reached a settlement by the Settlement Conference and Pretrial Hearing date, that the parties and their counsel and representatives with the authority to settle participate in good faith in a Settlement Conference.  It is further ordered that parties not reaching settlement proceed to a Pretrial Hearing before the Administrative Judge in order to set a trial date and resolve other pretrial issues.

*Robert A. Greenberg*
Robert A. Greenberg
Circuit Administrative Judge

Possession and use of cell phones, computers, other electronic devices, and cameras may be limited or prohibited in designated areas of the court facility.  The use of any camera, cell phone, or any electronic device for taking, recording, or transmitting photographs, videos, or other visual images is prohibited in the court facility at all times, unless the court expressly grants permission in a specific instance.

IF TRACK INFORMATION DOES NOT CORRESPOND TO ASSIGNED TRACK,
COUNSEL FOR THE DEFENDANT SHALL NOTIFY THE DCM COORDINATOR AT (240) 777-9358.
QUESTIONS?  PLEASE SEE the Court's GUIDE TO DCM ORDERS and www.montgomerycountymd.gov/circuitcourtDCM

Page Two of Two

## IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

**LEOPOLDO CRESPO**  :
   Plaintiff  :
  :
   v.  :  Case No. **464949-V**
  :  Judge:
**WASHINGTON METRO AREA TRANSIT AUTHORITY**
   Defendant  :

### SCHEDULING NOTICE AND ORDER OF COURT - TRACK 3
(1953)
**COMPLAINT FILED ON 03/26/2019**

It is by the Circuit Court for Montgomery County, Maryland, **ORDERED** as follows:

1) <u>Proof of Service</u>. Within sixty-five (65) days of the filing of the Complaint, Plaintiff must file proof of service of the following on each of the Defendants: copies of the Summons, the Complaint, this Scheduling Notice and Order of Court, Order for Mandatory Settlement Conference/Pretrial Hearing, and the Scheduling Order.

   a) As to any Defendant for whom such proof of service has not been filed, the Court will consider dismissing the Complaint without prejudice pursuant to Rule 2-507.
   b) As to any Defendant not timely served, the Court may sever the case against that party.
   c) **A motion for alternative service as to any unserved Defendant may not be filed after the 121st day after filing of the complaint: <u>DEADLINE: 07/22/2019</u>**
   d) **Defendants who are not served by the 121st day after filing of the complaint are subject to dismissal under Rule 2-507.**
   e) As to any Defendant served with the Summons and Complaint, the Defendant must file the Defendant's Civil Information Form with the initial pleading and mail a copy to Plaintiff.
   f) **<u>FAILURE TO SERVE A PARTY WILL NOT RESULT IN A MODIFICATION OF THE DEADLINES OR REISSUANCE OF THE SCHEDULING ORDER</u>**

2) <u>Answer or Other Responsive Pleading</u>. Within the time permitted under Maryland Rules, each Defendant must respond to the Complaint by filing an Answer or other responsive pleading. These pleadings must be filed in accordance with Rule 2-321. If no timely response has been filed, the Court, upon request, may enter an Order of Default pursuant to Rule 2-613.

3) <u>Initial Discovery</u>. No later than ninety (90) days from the filing of the complaint, the parties shall complete sufficient initial discovery to enable them to make decisions regarding (a) settlement, (b) consideration of available and appropriate forms of alternative dispute resolution (c) limitation of issues, (d) stipulations, (e) any issues relating to preserving discoverable information, (f) any issues relating to discovery of electronically stored information, including the form in which it is to be produced, (g) any issues relating to claims of privilege or of protection, and (h) other matters that may be considered at the hearing, including:

   a) **Initial Disclosure of the Plaintiff's Experts to occur no later than deadline provided on the Scheduling Order:** The deadline for the disclosure of Plaintiff's experts is approximately ninety (90) days from the date of filing. Given the early stage of discovery, while disclosure of the area of expertise is expected, some flexibility will be applied as to the specific opinion of the expert. The obligation to supplement the information provided by this deadline continues

WASHINGTON METRO AREA TRANSIT AUTHORITY
600 5TH STREET NW
WASHINGTON DC 20001

and must be provided without delay as soon as it is known to the Plaintiff, but no later than one hundred twenty (120) days from the filing of the complaint, without leave of the Court. This includes any substance of the findings and opinions, grounds for each opinion on which the expert is expected to testify, as well as copies of all reports received from each expert witness. Under no circumstances may this information be withheld.

4) <u>Discovery of Electronic Information</u>. Further, with regard to the discovery of electronic information, the Parties shall confer in person or by telephone and attempt to reach agreement, or narrow the areas of disagreement, as to the preservation of electronic information, if any, and the necessity and manner of conducting discovery regarding electronic information, and the parties should address the following:

   a) Identification and retention of discoverable electronic information and what, if any, initial discovery and any party requests in order to identify discoverable electronic information;
   b) Exchange of discoverable information in electronic format where appropriate, including:
      i) The format of production, *i.e.*, PDF, TIFF or JPEG file or native formats such as Microsoft Word, Word Perfect, *etc.*, and the storage media on which the information shall be exchanged; and
      ii) Whether separate indices will be exchanged and whether the documents and information exchanged will be electronically numbered.
   c) Whether the parties agree as to the apportionment of costs for production of electronic information that is not maintained on a party's active computers, computer servers or databases;
   d) The manner of handling inadvertent production of privileged materials; and
   e) Whether the parties agree to refer electronic discovery disputes to a Special Magistrate for resolution.

The parties shall reduce all areas of agreement, including any agreements regarding inadvertent disclosure of privileged materials, to a stipulated order to be presented to the court.

5) <u>Attorneys' Fees</u>. If a party intends to assert a "substantial claim" for attorneys' fees, counsel shall provide a written statement to the Court, setting forth whether the claim is pursuant to law, statute or contract, identifying the legal theory, statute or contract provision, and whether the claim is triable by jury. The Court will determine whether to require enhanced documentation, quarterly statements, or other procedures permitted by Maryland Rules. If triable by jury, the Court will determine the necessity of a separate discovery schedule, to include, if appropriate, the designation of experts relating to this issue. (See Rules 2-703, 2-704 and 2-705.)

7) <u>Mediation</u>. PLEASE BE ADVISED THAT THE COURT WILL ORDER MEDIATION IN THE ABOVE-CAPTIONED CASE. PLEASE DISCUSS ADR/MEDIATION WITH THE OPPOSING PARTY (OR COUNSEL, IF APPLICABLE). Parties choosing a mediator must pay the rate agreed upon by the parties and the mediator. Where the court designates a mediator, pursuant to Rule 17-208, the parties will pay the hourly rate established by the court. Counsel/parties may object to participating in mediation in accordance with Maryland Rule 17-202(f) within thirty (30) days after entry of the order, may file (A) an objection to the referral, (B) an alternative proposal, or (C) a "Request to Substitute ADR Practitioner" substantially in the form set forth in Rule 17-202(g).

Date: 03/28/2019

*Robert A. Greenberg*
_____
Robert A. Greenberg
Circuit Administrative Judge

Questions? Please see www.montgomerycountymd.gov/circuitcourtDCM or call the DCM coordinator at 240-777-9358.

IN THE CIRCUIT COURT FOR _____
(City or County)

## CIVIL – NON-DOMESTIC CASE INFORMATION REPORT

### DIRECTIONS

*Plaintiff*: This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a).

*Defendant*: You must file an Information Report as required by Rule 2-323(h).

*THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING*

FORM FILED BY:  ☐ PLAINTIFF  ☐ DEFENDANT    CASE NUMBER _____
(Clerk to insert)

CASE NAME: _____ vs. _____
Plaintiff                                            Defendant

PARTY'S NAME: _____

PARTY'S ADDRESS: _____ PHONE: _____
(Daytime phone)

PARTY'S E-MAIL: _____

If represented by an attorney:

PARTY'S ATTORNEY'S NAME: _____ PHONE: _____

PARTY'S ATTORNEY'S ADDRESS: _____

PARTY'S ATTORNEY'S E-MAIL: _____

JURY DEMAND?  ☐ Yes  ☐ No

RELATED CASE PENDING? ☐ Yes ☐ No  If yes, Case #(s), if known: _____

ANTICIPATED LENGTH OF TRIAL: _____ hours or _____ days

### PLEADING TYPE

New Case:       ☐ Original            ☐ Administrative Appeal    ☐ Appeal
Existing Case:  ☐ Post-Judgment       ☐ Amendment

*If filing in an existing case*, skip Case Category/ Subcategory section - go to Relief section.

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY (*Check one box.*)

| TORTS | | PUBLIC LAW | |
|---|---|---|---|
| ☐ Asbestos | ☐ Government | ☐ Attorney Grievance | ☐ Constructive Trust |
| ☐ Assault and Battery | ☐ Insurance | ☐ Bond Forfeiture Remission | ☐ Contempt |
| ☐ Business and Commercial | ☐ Product Liability | ☐ Civil Rights | ☐ Deposition Notice |
| ☐ Conspiracy | **PROPERTY** | ☐ County/Mncpl Code/Ord | ☐ Dist Ct Mtn Appeal |
| ☐ Conversion | ☐ Adverse Possession | ☐ Election Law | ☐ Financial |
| ☐ Defamation | ☐ Breach of Lease | ☐ Eminent Domain/Condemn. | ☐ Grand Jury/Petit Jury |
| ☐ False Arrest/Imprisonment | ☐ Detinue | ☐ Environment | ☐ Miscellaneous |
| ☐ Fraud | ☐ Distress/Distrain | ☐ Error Coram Nobis | ☐ Perpetuate Testimony/Evidence |
| ☐ Lead Paint - DOB of Youngest Plt:____ | ☐ Ejectment | ☐ Habeas Corpus | ☐ Prod. of Documents Req. |
| ☐ Loss of Consortium | ☐ Forcible Entry/Detainer | ☐ Mandamus | ☐ Receivership |
| ☐ Malicious Prosecution | ☐ Foreclosure | ☐ Prisoner Rights | ☐ Sentence Transfer |
| ☐ Malpractice-Medical | ☐ Commercial | ☐ Public Info. Act Records | ☐ Set Aside Deed |
| ☐ Malpractice-Professional | ☐ Residential | ☐ Quarantine/Isolation | ☐ Special Adm. - Atty |
| ☐ Misrepresentation | ☐ Currency or Vehicle | ☐ Writ of Certiorari | ☐ Subpoena Issue/Quash |
| ☐ Motor Tort | ☐ Deed of Trust | | ☐ Trust Established |
| ☐ Negligence | ☐ Land Installments | **EMPLOYMENT** | ☐ Trustee Substitution/Removal |
| ☐ Nuisance | ☐ Lien | ☐ ADA | ☐ Witness Appearance-Compel |
| ☐ Premises Liability | ☐ Mortgage | ☐ Conspiracy | **PEACE ORDER** |
| ☐ Product Liability | ☐ Right of Redemption | ☐ EEO/HR | ☐ Peace Order |
| ☐ Specific Performance | ☐ Statement Condo | ☐ FLSA | **EQUITY** |
| ☐ Toxic Tort | ☐ Forfeiture of Property / Personal Item | ☐ FMLA | ☐ Declaratory Judgment |
| ☐ Trespass | ☐ Fraudulent Conveyance | ☐ Workers' Compensation | ☐ Equitable Relief |
| ☐ Wrongful Death | ☐ Landlord-Tenant | ☐ Wrongful Termination | ☐ Injunctive Relief |
| **CONTRACT** | ☐ Lis Pendens | **INDEPENDENT PROCEEDINGS** | ☐ Mandamus |
| ☐ Asbestos | ☐ Mechanic's Lien | | **OTHER** |
| ☐ Breach | ☐ Ownership | ☐ Assumption of Jurisdiction | ☐ Accounting |
| ☐ Business and Commercial | ☐ Partition/Sale in Lieu | ☐ Authorized Sale | ☐ Friendly Suit |
| ☐ Confessed Judgment (Cont'd) | ☐ Quiet Title | ☐ Attorney Appointment | ☐ Grantor in Possession |
| ☐ Construction | ☐ Rent Escrow | ☐ Body Attachment Issuance | ☐ Maryland Insurance Administration |
| ☐ Debt | ☐ Return of Seized Property | ☐ Commission Issuance | ☐ Miscellaneous |
| ☐ Fraud | ☐ Right of Redemption | | ☐ Specific Transaction |
| | ☐ Tenant Holding Over | | ☐ Structured Settlements |

CC-DCM-002 (Rev. 11/2016)          Page 1 of 3

| IF NEW OR EXISTING CASE: RELIEF (Check All that Apply) | | | |
|---|---|---|---|
| ☐ Abatement | ☐ Earnings Withholding | ☐ Judgment-Interest | ☐ Return of Property |
| ☐ Administrative Action | ☐ Enrollment | ☐ Judgment-Summary | ☐ Sale of Property |
| ☐ Appointment of Receiver | ☐ Expungement | ☐ Liability | ☐ Specific Performance |
| ☐ Arbitration | ☐ Findings of Fact | ☐ Oral Examination | ☐ Writ-Error Coram Nobis |
| ☐ Asset Determination | ☐ Foreclosure | ☐ Order | ☐ Writ-Execution |
| ☐ Attachment b/f Judgment | ☐ Injunction | ☐ Ownership of Property | ☐ Writ-Garnish Property |
| ☐ Cease & Desist Order | ☐ Judgment-Affidavit | ☐ Partition of Property | ☐ Writ-Garnish Wages |
| ☐ Condemn Bldg | ☐ Judgment-Attorney Fees | ☐ Peace Order | ☐ Writ-Habeas Corpus |
| ☐ Contempt | ☐ Judgment-Confessed | ☐ Possession | ☐ Writ-Mandamus |
| ☐ Court Costs/Fees | ☐ Judgment-Consent | ☐ Production of Records | ☐ Writ-Possession |
| ☐ Damages-Compensatory | ☐ Judgment-Declaratory | ☐ Quarantine/Isolation Order | |
| ☐ Damages-Punitive | ☐ Judgment-Default | ☐ Reinstatement of Employment | |

*If you indicated Liability above*, mark one of the following. This information is **not** an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.     ☐ Liability is not conceded, but is not seriously in dispute.     ☐ Liability is seriously in dispute.

| MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs) |
|---|

☐ Under $10,000      ☐ $10,000 - $30,000      ☐ $30,000 - $100,000      ☐ Over $100,000

☐ Medical Bills $_____      ☐ Wage Loss $_____      ☐ Property Damages $_____

| ALTERNATIVE DISPUTE RESOLUTION INFORMATION |
|---|

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)
A. Mediation    ☐ Yes  ☐ No          C. Settlement Conference  ☐ Yes  ☐ No
B. Arbitration  ☐ Yes  ☐ No          D. Neutral Evaluation      ☐ Yes  ☐ No

| SPECIAL REQUIREMENTS |
|---|

☐ If a Spoken Language Interpreter is needed, check here and attach form CC-DC-041

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, check here and attach form CC-DC-049

| ESTIMATED LENGTH OF TRIAL |
|---|

With the exception of Baltimore County and Baltimore City, please fill in the estimated LENGTH OF TRIAL.
(Case will be tracked accordingly)

☐ 1/2 day of trial or less          ☐ 3 days of trial time
☐ 1 day of trial time               ☐ More than 3 days of trial time
☐ 2 days of trial time

| BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM |
|---|

For all jurisdictions, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.

☐ Expedited- Trial within 7 months of Defendant's response          ☐ Standard - Trial within 18 months of Defendant's response

| EMERGENCY RELIEF REQUESTED |
|---|

CC-DCM-002 (Rev. 11/2016)          Page 2 of 3

## COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR)

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

☐ Expedited - Trial within 7 months of Defendant's response

☐ Standard - Trial within 18 months of Defendant's response

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

### CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | | |
|---|---|---|
| ☐ | Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ | Civil-Short | Trial 210 days from first answer. |
| ☐ | Civil-Standard | Trial 360 days from first answer. |
| ☐ | Custom | Scheduling order entered by individual judge. |
| ☐ | Asbestos | Special scheduling order. |
| ☐ | Lead Paint | Fill in: Birth Date of youngest plaintiff _____. |
| ☐ | Tax Sale Foreclosures | Special scheduling order. |
| ☐ | Mortgage Foreclosures | No scheduling order. |

### CIRCUIT COURT FOR BALTIMORE COUNTY

| | | |
|---|---|---|
| ☐ | Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☐ | Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ | Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ | Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

_____  _____
Date                         Signature of Counsel / Party

_____  _____
Address                      Printed Name

_____
City, State, Zip

CC-DCM-002 (Rev. 11/2016)          Page 3 of 3